No. 166. D. A. Schulte, Inc. *v.* Graves, President of the State Tax Commission, et al. Motion to dismiss submitted September 10, 1935. Decided October 14, 1935. *Per Curiam:* The motion of the appellees to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. *Magnano Co.* v. *Hamilton,* 292 U. S. 40, 43; *Liggett Co.* v. *Lee,* 288 U. S. 517, 538; *Tax Commissioners* v. *Jackson,* 283 U. S. 527, 537. *Mr. Walter H. Liebman, Jr.,* for appellant. *Mr. Henry Epstein* for appellees.